# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

IN RE:  PAMELA K. JOHNSON           Case No. 17-12111-BFK
     Debtor(s)                                  Chapter 13
                                              *
                                              *
                                              *

## APPLICATION FOR COMPENSATION

Counsel Joseph M. Goldberg applies for compensation pursuant to Rule 2016-1 and for reasons therefore states:

1. That debtor(s) retained counsel on June 18, 2017, to represent her in her Chapter 13 petition. Counsel's rate of compensation at that time was $275.00 per hour.

2. That counsel has performed the services detailed in the attached certification.

3. That the total amount of services is $4,537.50 being 16.5 hours at $ 275.00 per hour.   Counsel's original fee was $ 3,000.00, leaving a balance of $1,537.50.

WHEREFORE, counsel prays for an Order awarding additional attorney's fees of $ 1,537.50 which will be paid through the Chapter 13 Plan.

                                        Respectfully submitted,

                                        /s/Joseph M. Goldberg
                                        Joseph M. Goldberg #20814
                                        1115 Massachusetts Avenue, NW
                                        Washington, DC  20005
                                        (202) 638-0606
                                        ammngoldva@aol.com

## CERTIFICATE OF COUNSEL

| DATE | SERVICE RENDERED | TIME |
|---|---|---|
| 6/18/17 | Initial meeting with client, review documents, prepare preliminary budget, discussion regarding requirements of chapter 13, prepare schedules and statements | 2.0 hrs |
| 6/19/17 | Complete schedules and statements; prepare Means Test | 1.3 hrs |
| 6/20/17 | Contact and discussion with client | 0.2 hrs |
| 6/22/17 | Meet client; review, sign, and file petition, statements, schedules, and Means Test; discussion regarding chapter 13 plan, notify Chase regarding steps to return car | 0.7 hrs |
| 6/23/17 | Multiple calls regarding return of car | 0.3 hrs |
| 6/24/17 | Prepare chapter 13 plan, get information for special notice | 0.8 hrs |
| 6/26/17 | Meet client; review, sign, and file chapter 13 plan | 0.4 hrs |
| 7/5/17 | Letter to client | 0.1 hrs |
| 7/25/17 | Review for 341 meeting, letter to trustee | 0.4 hrs |
| 8/7/17 | Contact client for 341 meeting | 0.1 hrs |
| 8/8/17 | 341 meeting | 1.1 hrs |
| 8/28/17 | Respond to client's question | 0.2 hrs |
| 10/26/17 | Email to client regarding letter for HOA | 0.1 hrs |

| Date | Description | Time |
|---|---|---|
| 11/17/18 | Email to client regarding status of HOA | 0.1 hrs |
| 11/27/17 | Discussion with client regarding HOA payments | 0.1 hrs |
| 4/?/18 | Email to client regarding letter from HOA | 0.1 hrs |
| 6/14/18 | Discussion with client regarding post-petition mortgage payments | 0.2 hrs |
| 8/7/18 | Email from Lauren French regarding post-petition mortgage and filing an amended proof of claim | 0.1 hrs |
| 9/21/18 | Review lift stay motion | 0.2 hrs |
| 9/30/18 | Draft proposed amended plan, review claims | 0.7 hrs |
| 10/2/18 | Discussion with client, file response to lift stay, discuss proposed consent order and plan modification, email to Laura Johnson to resolve lift stay; meet client, review and sign amended plan | 0.8 hrs |
| 10/3/18 | File amended plan, letter to client | 0.3 hrs |
| 10/4/18 | Email to trustee regarding amended plan | 0.2 hrs |
| 10/31/18 | Review trustee' objection to amended plan | 0.1 hrs |
| 11/2/18 | Discussion w client re increased plan; E-mail to Lauren French to get amended POC filed | 0.2 hrs |
| 11/15/18 | E-mails w trustee re consent order for amended plan | 0.1 hrs |

| Date | Description | Time |
|---|---|---|
| 2/15/19 | Discussion w client re correct plan payments from employer and issue w HOA | 0.1 hrs |
| 4/17/19 | E-mails w representative of HOA re repayment plan | 0.2 hrs |
| 5/16/19 | Discussion w client re HOA letter | 0.1 hrs |
| 5/17/19 | E-mail to client re resolving issue w HOA | 0.1 hrs |
| 5/27/19 | Discussion and e-mails w representative Of HOA to resolve matters | 0.2 hrs |
| 6/29/20 | E-mail to client re request to suspend mort payments | 0.4 hrs |
| 7/2/20 | E-mail to representative of Chase (1st) re temporary suspension of mort payments | 0.2 hrs |
| 8/14/20 | Discussion w and e-mail to client re issues arising from suspension of mort payments | 0.3 hrs |
| 8/15/20 | E-mail to client re issues w 1st trust | 0.2 hrs |
| 8/20/20 | Discussion w client re mort and HOA payments | 0.1 hrs |
| 8/31/20 | Authorization letter to Chase (1st) re Resolving suspension of mort payments | 0.2 hrs |
| 9/2/20 | Conference call w client and representative of Chase to work on issues w mort; e-mail to client | 0.4 hrs |
| 9/6/20 | E-mail to client re resolving issues w Chase so as to be current w post-petition payments or possible loan modification | 0.3 hrs |

| | | |
|---|---|---|
| 9/10/20 | Discussion w client re effect of suspension of mort. payments and need for terms of agreement prior to entering one | 0.2hrs |

| | |
|---|---|
| **Total** | 16.5hrs |
| **Rate** | $ 275.00/hr |
| **Total** | $ 4,537.50 |
| **Initial Fee** | $ 3,000.00 |
| **Additional Fee** | $ 1,537.50 |

I, Joseph M. Goldberg, certify that the foregoing Certificate of Counsel is correct and accurate to the best of my knowledge, information, and belief. No fees were charged for the preparation of this application.

Date: 1/1/2021                                          /s/Joseph M. Goldberg