**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:   PAMELA K. JOHNSON

|  |  |
|---|---|
| ) | Case No.   17-12111-BFK |
| ) | Chapter   13 |
| Debtor(s)   ) | |

**NOTICE OF HEARING**

The Court will hold a hearing on the counsel's APPLICATION FOR COMPENSATION (Counsel seeks additional attorney's fees of $1,537.50)

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before <u>five business day prior to the hearing date</u>, you or your attorney must:

- ☐ Send to the parties listed below at least 14 days written notice of a hearing, which may be sent on any regularly-scheduled motion day of the judge assigned to the case.  If necessary, you may obtain a list of such dates by telephone from the clerk's office.  The original and one copy of the notice must be filed with the clerk, accompanied by a motion day cover sheet, a copy of which may be obtained from the clerk.  If you are not represented by an attorney, you may instead file with the clerk a written request for a hearing.  If you mail your request for hearing to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  The address of the clerk's office is as follows:
- ☐

    Clerk of Court
    United States Bankruptcy Court
    200 S. Washington St.
    Alexandria, VA 22314

You will be notified by the clerk of the hearing date and will be responsible for sending a notice of hearing to the parties listed below.

- File with the court, at the address shown above, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

- Attend the hearing scheduled to be held on **2/18/2021**
  At **1:30 P.M.** in Courtroom **1**, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314. **If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.***

  *****At present hearings are being held telephonically through court Solutions. Participants must register with www.Court_Solutions.com**

A copy of any written response must be mailed to the following persons:

    Ammerman & Goldberg
    Joseph M. Goldberg, Esquire
    1115 Massachusetts Ave., NW
    Washington, DC 20005

    Thomas Gorman, Trustee
    300 N. Washington St., Suite 400
    Alexandria, VA 22314

    Office of the U.S. Trustee
    1725 Duke St., 6th Floor
    Alexandria, VA 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

/s/Joseph M. Goldberg
Joseph M. Goldberg #20814
1115 Massachusetts Ave., NW
Washington, DC 20005
(202) 638-0606
Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 11th January 2021 mailed a copy of the foregoing Notice of Hearing regarding the Application for Compensation was mailed first class, postage pre-paid to the persons on the attached list.

/s/Joseph M. Goldberg