**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:  PAMELA K. JOHNSON ) | |
| ) | |
| ) | Case No.   17-12111-BFK |
| ) | Chapter    13 |
| Debtor(s)    ) | |

**ORDER APPROVING COMPENSATION**

THIS CASE IS before the Court on the Application for Compensation of Joseph M. Goldberg, as counsel for the Chapter 13 debtor, no objection having been filed, a hearing held, and it appearing proper, it is by this Court

ORDERED that Joseph M. Goldberg be awarded additional compensation of $1,537.50 and, it is further

ORDERED that the Chapter 13 trustee shall pay the allowed fees and expenses, as an administrative expense consistent with the requirements of Chapter 13, and it is further

ORDERED that any approved fees and expenses, not paid by the Chapter 13 trustee because the plan funding is insufficient, may be collected directly from the debtor.

Mar 9 2021 /s/ Brian F Kenney
Brian F. Kenney
U.S. Bankruptcy Judge

Entered On Docket: March 9, 2021

I ask for this:

/s/Joseph M. Goldberg
Joseph M. Goldberg #20814
Attorney for Debtor
1115 Massachusetts Ave., NW
Washington, DC 20005

Seen and No Position:

/s/Thomas Gorman
Thomas Gorman, Trustee
300 N. Washington St., Suite 400
Alexandria, VA 22314

Copies electronically to:

Joseph M. Goldberg
Thomas Gorman, Trustee

Copy mailed to:

Pamela K. Johnson
7318 Glendower Ct.
Springfield, VA 22153